AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Chong Dong Chen**

AKA: Zong Jet Chen

IAE   YOB: 1973
China
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

SEP 12 2018

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-18-1922-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____September 10, 2018_____ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to China in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Chong Dong Chen was encountered by Border Patrol Agents near Mission, Texas on September 10, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 10, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 15, 2017 through Detroit, Michigan. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 24, 2016, the Defendant was convicted of 18 USC 1546 Fraud and Misuse of Visa and was sentenced to six (6) months confinement and three (3) years supervised release term.

Approved
LAURA GARCIA

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

**September 12, 2018**

**J Scott Hacker**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
**Mickel Gonzalez**       Senior Patrol Agent

Signature of Judicial Officer